# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | |
|---|---|
| UNITED STATES OF AMERICA, | COURTROOM MINUTES - CRIMINAL |
| Plaintiff, | BEFORE: Hildy Bowbeer |
| | U.S. Magistrate Judge |
| v. | Case No: 20-cr-252 WMW/HB |
| | Date: December 2, 2020 |
| Leslie Marie Cloud(4), | Video Conference |
| | Time Commenced: 2:20 p.m. |
| Defendant, | Time Concluded: 2:40 p.m. |
| | Time in Court: 20 minutes |

APPEARANCES:

Plaintiff: Samantha Bates, Assistant U.S. Attorney
Defendant: Andrew Mohring, Assistant Federal Public Defender
    X FPD    X To be appointed

Date Charges Filed: 11/4/2020    Offense: conspiracy to distribute a controlled substance

X Advised of Rights

on    X Indictment

X **Personal Recognizance Bond with conditions, see Order Setting Conditions of Release.**

Next appearance date is TBD for:
  X Arraignment hrg

X Government moves to unseal the case.    X Granted

Additional Information:
X Defendant consents to this hearing via video conference.

                                                                           s/JAM
                                                      Signature of Courtroom Deputy