

Thomas A. Sieben | Patrick L. Cotter*†

January 27, 2021

The Honorable Hildy Bowbeer
U.S. Magistrate Judge
United States District Court
316 N. Robert Street
St. Paul, MN 55101

Re:   United States of America v. Leslie Marie Cloud
      Criminal No. 0:20-cr-252 (WNW/HB)

Dear Magistrate Judge Bowbeer:

    I write to advise the court that the defendant, Leslie Marie Cloud, has authorized me to advise the Court that she will not file any motions.

Thank your Honor for your time and consideration of this request.

Very truly yours,

SIEBEN & COTTER, PLLC

/s/ Patrick L. Cotter

cc:   Leslie Marie Cloud